United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-10157
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO GONZALEZ MENDOZA, also known as Huahuis,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-252-2
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:*

    Roberto Gonzales Mendoza (Mendoza) appeals his conviction
and the sentence imposed following his guilty plea conviction to
conspiracy to possess with intent to distribute five kilograms or
more of cocaine.  Mendoza was sentenced to 168 months of
imprisonment.

    Mendoza fails to show that the court committed clear error
by increasing his sentence based on the presence of two firearms
in the house where he was arrested and where a large amount of
cocaine and cash was seized.  See United States v. Farias, 469

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 393, 399 (5th Cir. 2006), <u>cert. denied</u>, ___ S. Ct. ___, 2007 WL 408195 (Mar. 5, 2007).  Mendoza also fails to show that the court abused its discretion and imposed an unreasonable sentence where the court declined to reduce the sentence due to Mendoza's deportability and where the court did not give a detailed explanation of its consideration of the sentencing factors of 18 U.S.C. § 3553(a).  <u>See</u> <u>United States v. Mares</u>, 402 F.3d 511, 519 (5th Cir. 2005).

The judgment of the district court is AFFIRMED.